**Order entered April 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01642-CR
No. 05-12-01643-CR

**ELLIS EDWARD JAMES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-16679-Y**

## ORDER

Court Reporter Sharon Hazlewood's March 27, 2013 request for an extension of time to file the reporter's record is **GRANTED**.

We **ORDER** Sharon Hazlewood to file the reporter's record within **FOURTEEN** days of the date of this order. The Court will not grant any further extensions.

/s/ LANA MYERS
JUSTICE